FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIELLE SHELLEY, an individual | Case No: 3:25-cv-00176-ART-CSD |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| CONSILIO, LLC, a Virginia Limited-Liability Company; and DOES 1 through 20, inclusive; | **(First Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant, Consilio, LLC, will have up to and including May 9, 2025, to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).  This is the first request for  an extension of this deadline.  Further  time is needed investigate  the facts

/ / /

/ / /

/ / /

/ / /

/ / /

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada  89101

- 1 -

FP 54665752.1

1   of this case because of hearings and deadlines in other matters.

2           Dated this 25th day of April, 2025.

3

4   FISHER & PHILLIPS, LLP                THE BOURASSA LAW GROUP

5
    By: */s/ Scott M. Mahoney*            By: _/s/ Joseph P. Waldman, Esq.___
6   Scott M. Mahoney, Esq.                Mark J. Bourassa
    300 S. Fourth Street                  Jennifer A. Fornetti, Esq.
7   Suite 1500                            Joseph P. Waldman, Esq.
    Las Vegas, Nevada 89101               2350 W. Charleston Blvd., Ste. 100
8   Attorneys for Defendant               Las Vegas, NV 89102
9                                         Attorneys for Plaintiff

10                                        IT IS SO ORDERED:

11

12  _____

    UNITED STATES MAGISTRATE JUDGE
13
    Dated:_____April 25, 2025._____
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

FP 54665752.1

*Left margin (vertical):* FISHER & PHILLIPS LLP  300 S Fourth Street, Suite 1500  Las Vegas, Nevada 89101