FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE SHELLEY, an individual | Case No: 3:25-cv-00176-ART-CSD |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER** |
| vs. | **(Second Request)** |
| CONSILIO, LLC, a Virginia Limited-Liability Company; and DOES 1 through 20, inclusive; | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant, Consilio, LLC, will have up to and including May 30, 2025, to file an answer to Plaintiff's Complaint (ECF No. 1).  This is the second request for an extension of this deadline.  Defense counsel needs additional time because he has four depositions on May 8 and 9, 2025, is preparing for a trial with a fixed start date of

- 1 -

FP 54811239.1

1  May 19, and has deadlines in other matters.

2  FISHER & PHILLIPS, LLP                THE BOURASSA LAW GROUP

4  By: */s/* Scott M. Mahoney            By:  */s/* Joseph P. Waldman, Esq.
   Scott M. Mahoney, Esq.                Mark J. Bourassa
5  300 S. Fourth Street                  Jennifer A. Fornetti, Esq.
   Suite 1500                            Joseph P. Waldman, Esq.
6  Las Vegas, Nevada 89101               2350 W. Charleston Blvd., Ste. 100
   Attorneys for Defendant               Las Vegas, NV 89102
7                                        Attorneys for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 9, 2025