|   |   |
|---|---|
| 1 | MARK J. BOURASSA, ESQ. (NBN 7999) |
| 2 | JENNIFER A. FORNETTI, ESQ. (NBN 7644) |
|   | VALERIE S. CHRISTIAN, ESQ. (NBN 14716) |
| 3 | JOSEPH P. WALDMAN, ESQ. (NBN 17010) |
| 4 | **THE BOURASSA LAW GROUP** |
|   | 2350 W. Charleston Blvd., Suite 100 |

MARK J. BOURASSA, ESQ. (NBN 7999)
JENNIFER A. FORNETTI, ESQ. (NBN 7644)
VALERIE S. CHRISTIAN, ESQ. (NBN 14716)
JOSEPH P. WALDMAN, ESQ. (NBN 17010)
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Telephone:   (702) 851-2180
Facsimile:    (702) 851-2189
Email:          mbourassa@blgwins.com
                    jfornetti@blgwins.com
                    vchristian@blgwins.com
                    jwaldman@blgwins.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| DANIELLE SHELLEY, an individual, | Case No.: 3:25-cv-00176-ART-CSD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO APPEAR VIRTUALLY FOR CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CONSILIO, LLC, a Virginia Limited-Liability Company; and DOES 1 through 20, inclusive; | |
| Defendants. | |

Plaintiff DANIELLE SHELLEY ("Plaintiff") and Defendant CONSILIO, LLC ("Defendant"), by and through their respective counsel, hereby submit the following Stipulation to Appear Virtually for the Case Management Conference on July 17, 2025, at 9:00 a.m.

An in-person case management conference is set before this Court on July 17, 2025, at 9:00 a.m. Both counsel for Plaintiff and Defendant are located in Las Vegas, Nevada. The parties request this Court's permission to appear virtually at this hearing. This request is made in good faith to reduce travel costs and expenses incurred for both parties to appear in person at the Case Management Conference.

/ / /

/ / /

In an effort to conserve costs and resources, the Parties stipulate to each other's virtual appearance and respectfully request this Court's permission to appear virtually at the July 17, 2025 Case Management Conference.

IT IS SO STIPULATED.

Dated this 24th day of June 2025.

| THE BOURASSA LAW GROUP | FISHER PHILLIPS LLP |
|---|---|
| */s/ Joseph P. Waldman* | */s/ Scott M. Mahoney* |
| MARK J. BOURASSA, ESQ. (NBN 7999) | SCOTT M. MAHONEY, ESQ. (NBN 1099) |
| JENNIFER A. FORNETTI, ESQ. (NBN 7644) | JUDY R. SANDERLIN, ESQ. (NBN 16977) |
| VALERIE S. CHRISTIAN, ESQ. (NBN 14716) | 300 S. Fourth Street, Suite 1500 |
| JOSEPH P. WALDMAN, ESQ. (NBN 17010) | Las Vegas, NV 89101 |
| 2350 W Charleston Blvd, Suite 100 | |
| Las Vegas, Nevada 89102 | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED:

C S B

UNITED STATES MAGISTRATE JUDGE

DATED: June 25, 2025