MARK J. BOURASSA, ESQ. (NBN 7999)
JENNIFER A. FORNETTI, ESQ. (NBN 7644)
VALERIE S. CHRISTIAN, ESQ. (NBN 14716)
JOSEPH P. WALDMAN, ESQ. (NBN 17010)
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
Email:   mbourassa@blgwins.com
         jfornetti@blgwins.com
         vchristian@blgwins.com
         jwaldman@blgwins.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE SHELLEY, an individual, | Case No.: 3:25-cv-00176-ART-CSD |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND DISMISSAL DEADLINE** |
| vs. | |
| CONSILIO, LLC, a Virginia Limited-Liability Company; and DOES 1 through 20, inclusive; | **(FIRST REQUEST)** |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between DANIELLE SHELLEY ("Plaintiff") and Defendant CONSILIO, LLC ("Defendant"), by and through their respective counsel, that the parties shall have a 3-week extension up to and including October 6, 2025, in which to file their Stipulation to Dismiss. This Stipulation is submitted and based upon the following:

   1. The parties attended an Early Neutral Evaluation on July 31, 2025 and reached an agreement to resolve the above captioned matter.

   2. This Court ordered that the parties shall file a stipulation dismissing this action with prejudice no later than September 15, 2025. ECF No. 27.

/ / /

3. The parties have been diligently working together and have resolved all terms but need additional time to finalize the settlement and dismissal.

4. This is the first stipulation to extend the dismissal deadline.

5. This stipulation is made in good faith and not for the purpose of delay.

Dated this 10th day of September 2025.

| | |
|---|---|
| **THE BOURASSA LAW GROUP** | **FISHER PHILLIPS LLP** |
| */s/ Joseph P. Waldman* | */s/ Scott M. Mahoney* |
| MARK J. BOURASSA, ESQ. (NBN 7999) | SCOTT M. MAHONEY, ESQ. (NBN 1099) |
| JENNIFER A. FORNETTI, ESQ. (NBN 7644) | JUDY R. SANDERLIN, ESQ. (NBN 16977) |
| VALERIE S. CHRISTIAN, ESQ. (NBN 14716) | 300 S. Fourth Street, Suite 1500 |
| JOSEPH P. WALDMAN, ESQ. (NBN 17010) | Las Vegas, NV 89101 |
| 2350 W Charleston Blvd, Suite 100 | |
| Las Vegas, Nevada 89102 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 12, 2025

-2-