**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIELLE SHELLEY, an individual ) | Case No: 3:25-cv-00176-ART-CSD |
| ) | |
| Plaintiff, ) | **ORDER GRANTING** |
| ) | |
| vs. ) | **STIPULATION FOR DISMISSAL** |
| ) | |
| CONSILIO, LLC, a Virginia Limited- ) Liability Company; and DOES 1 through ) 20, inclusive; ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

| | |
|---|---|
| FISHER & PHILLIPS, LLP | THE BOURASSA LAW GROUP |
| By: */s/* Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant | By: */s/* Joseph P. Waldman, Esq.<br>Mark J. Bourassa<br>Joseph P. Waldman, Esq.<br>2350 W. Charleston Blvd., Ste. 100<br>Las Vegas, NV 89102<br>Attorneys for Plaintiff |

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: October 30, 2025

- 1 -